Ira Handelman Building Corporation, Appellee, v. Patrick Dolan and E. L. Hughes, Appellant.

Gen. No. 11,045.

Second District, Second Division.

October 9, 1957.

Released for publication October 28, 1957.

Richard
C. Hamper, for appellant; no appearance for appellee. Opinion by
JUSTICE SOLFISBURG. **Not to be published in full.**